**McDONALD v. STATE.** (No. 12434.)

Court of Criminal Appeals of Texas. March 27, 1929.

Baskett & De Lee, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for passing a forged instrument, punishment being two years in the penitentiary.

No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.